1  William M. Krieg, Esq. (SBN: 66485)
   Eric M. Kapigian, Esq. (SBN: 238733)
2  WILLIAM M. KRIEG & ASSOCIATES
   2014 Tulare Street, Suite 700
3  Fresno, CA 93721
   Telephone: (559) 441-7485
4  Facsimile: (559) 441-7488

5  Attorneys for Plaintiff
   JAMES R. TAPP
6

7  Richard C. Moreno, Esq. (SBN: 190869)
   Anastasia K. Mazzella, Esq. (SBN: 245201)
8  MURCHISON & CUMMING, LLP
   801 South Grand Avenue, 9th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 623-7400
10 Facsimile: (213) 623-6336

11 Attorneys for Defendant
   FREIGHTLINER CUSTOM CHASSIS CORPORATION
12

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

| 17 | JAMES R. TAPP, | ) CASE NO.: 1:08-CV-1907-OWW-GSA |
|---|---|---|
| 18 | Plaintiffs, | ) (Formerly LASC Case No. 08 CE CG 03888 DSB) ) ) |
| 19 | v. | ) **JOINT MOTION/STIPULATION TO** ) **DISMISS DEFENDANT THOR** ) **INDUSTRIES, INC.; AND FILE** |
| 20 | THOR INDUSTRIES, INC., a corporation; FREIGHTLINER, LLC, a limited liability | ) **AMENDED COMPLAINT** ) |
| 21 | company; and DOES 1 through 10, inclusive, et al. | ) Complaint Filed:   11/06/08 ) Removal File:      12/11/08 |
| 22 | | ) Trial Date:        Not Yet Set ) |
| 23 | Defendants. _____ | ) ) |

24     Plaintiff JAMES R. TAPP and Defendant FREIGHTLINER CUSTOM CHASSIS

25 CORPORATION, by and through their respective counsels of record, hereby stipulate and

26 jointly move this Court for:

27     (1)   an Order dismissing Defendant THOR INDUSTRIES, INC. without prejudice;

28 and

1  (2)   an Order allowing Plaintiff JAMES R. TAPP to amend his Complaint on file herein to name FOUR WINDS INTERNATIONAL CORPORATION as a defendant. Plaintiff JAMES R. TAPP will file his Amended Complaint within two (2) weeks of the Court's executed Order.

**IT IS SO STIPULATED:**

                                                        WILLIAM M. KRIEG & ASSOCIATES

Dated: 02/10/09                    By:    */s/ William M. Krieg*
                                                        William M. Krieg, Esq.
                                                        Eric M. Kapigian, Esq.
                                                        Attorney for Plaintiff, JAMES R. TAPP

                                                        MURCHISON & CUMMING, LLP

Dated: 02/10/09                    By*:*   */s/ Anastasia K. Mazzella*
                                                        Richard C. Moreno, Esq.
                                                        Anastasia K. Mazzella, Esq.
                                                        Attorney for Defendant, FREIGHTLINER
                                                        CUSTOM CHASSIS CORPORATION

IT IS SO ORDERED.

**Dated:   February 13, 2009**           /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE