Richard C. Moreno (SBN 190869)
Anastasia K. Mazzella (SBN 245201)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
Emails:     rmoreno@murchisonlaw.com
            amazzella@murchisonlaw.com

Attorneys for Defendant, FREIGHTLINER CUSTOM CHASSIS CORPORATION,

William M. Krieg, Esq. (SBN 66485)
Eric M. Kapigian, Esq. (SBN 238733)
**WILLIAM M. KRIEG & ASSOCIATES**
2014 Tulare Street, Suite 700
Fresno, CA 93721
Telephone: (559) 441-7485
Facsimile: (559) 441-7488

Attorneys for Plaintiff JAMES R. TAPP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAMES R. TAPP,<br><br>    Plaintiff,<br><br>vs.<br><br>THOR INDUSTRIES, INC., a corporation; FREIGHTLINER, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:08-CV-1907-OWW-GSA<br><br>**JOINT STIPULATION TO DEEM FREIGHTLINER'S ORIGINAL ANSWER TO COMPLAINT AS ANSWER TO FIRST AMENDED COMPLAINT; ORDER THEREON**<br><br>Action Filed: November 6, 2008<br>Removal Date: December 11, 2008<br>Trial Date   :  None |

Plaintiff JAMES R. TAPP and defendant FREIGHTLINER CUSTOM CHASSIS CORPORATION (hereinafter "Freightliner"), by and through their respective counsels of record, hereby stipulate that Freightliner shall not be required to answer the First Amended Complaint filed by plaintiff on or about February 26, 2009, and that all denials, responses, and affirmative defenses contained in the answer filed

1

by defendant Freightliner to the original complaint shall be deemed responsive to the First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: March 16, 2009　　　　**MURCHISON & CUMMING, LLP**

By: */s/ Anastasia K. Mazzella*
　　Richard C. Moreno
　　Anastasia K. Mazzella
　　Attorneys for Defendant,
　　FREIGHTLINER CUSTOM CHASSIS
　　CORPORATION, erroneously sued and
　　served herein as FREIGHTLINER LLC

DATED: March 16, 2009　　　　**WILLIAM M. KRIEG & ASSOCIATES**

By: */s/William M. Krieg*
　　William M. Krieg
　　Eric M. Kapigian
　　Attorneys for Plaintiff JAMES R. TAPP

**ORDER**

**IT IS SO ORDERED.**

DATED: 3/18/2009　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　UNITED STATES DISTRICT COURT