1 | William M. Krieg, Esq. (SBN: 66485)
KEMNITZER, BARRON & KRIEG, LLP
2 | 2014 Tulare Street, Suite 700
Fresno, CA 93721
3 | Telephone: (559) 441-7485
Facsimile: (559) 41-7488
4 | Attorney for Plaintiff, JAMES R. TAPP

5 | Dolores E. Gonzales, Esq. (SBN: 171306)
SUMMERS & SHIVES, A.P.C.
6 | 8525 Gibbs Drive, Suite 115
San Diego, CA 92123-1758
7 | Telephone: (858) 874-1800
Facsimile: (858) 874-1888
8 | Attorneys for Defendant, FOUR WINDS
INTERNATIONAL CORPORATION

9 | Richard C. Moreno, Esq. (SBN: 190869)
10 | MURCHISON & CUMMING, LLP
801 South Grand Avenue, 9th Floor
11 | Los Angeles, CA 90017
Telephone: (213) 623-7400
12 | Facsimile: (213) 623-6336
Attorney for Defendant, FREIGHTLINER, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. TAPP, | CASE NO.: 1:08-CV-1907-OWW-GSA |
| | (Formerly FSC Case No. 08 CE CG 03888 DSB) |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY** |
| THOR INDUSTRIES, INC., a corporation; FREIGHTLINER, LLC, a limited liability company; and DOES 1 through 10, inclusive, et al. | **CUT-OFF AND SETTLEMENT CONFERENCE DATES** |
| | Complaint Filed: 11/06/08 |
| | Trial Date: 09/08/10 |
| Defendants. | |

The parties hereby stipulate as follows:

WHEREAS, pursuant to the Scheduling Conference Order filed in this action on May 7, 2009, the parties' discovery cut-off (including expert discovery) is March 15, 2010, the Settlement Conference is scheduled for March 24, 2010 before the Honorable Gary S. Austin

at 10:00 a.m., and the Trial is scheduled for September 8, 2010 before the Honorable Oliver W. Wanger; and

WHEREAS, the parties are exploring settlement options and therefore are in agreement on a mutual continuation of the discovery cut-off and Settlement Conference dates only for thirty (30) days;

THEREFORE, IT IS HEREBY STIPULATED by the parties hereto that the Court may enter an Order extending the dates for the parties to complete discovery and continue the Settlement Conference for thirty (30) days, as follows:

1. Discovery Cut-Off (including expert depositions) -- April 14, 2010.
2. Settlement Conference with Judge Austin -- April 21, 2010 at 10:00 a.m., or to a time and date convenient with the Court's calendar.
3. The other dates in the Scheduling Order are to remain in place.

**IT IS SO STIPULATED.**

KEMNITZER, BARRON & KRIEG, LLP

Dated: _2-1-10_      By: _/s/ William M. Krieg_
William M. Krieg, Esq.
Attorney for Plaintiff JAMES R. TAPP

SUMMERS & SHIVES, A.P.C.

Dated: _2-2-10_      By: _/s/ Dolores E. Gonzales_
Dolores E. Gonzales, Esq.
Attorney for Defendant FOUR WINDS
INTERNATIONAL CORPORATION

MURCHISON & CUMMING, LLP

Dated: _2-2-10_      By: _/s/ Richard C. Moreno_
Richard C. Moreno, Esq.
Attorney for Defendant FREIGHTLINER, LLC

///

# **ORDER**

After reviewing the above Stipulation, and good cause appearing, the Court hereby Orders:

1. The Discovery Cut-Off, including expert depositions, shall be completed by April 14, 2010; and

2. The Settlement Conference with Judge Austin will be continued to April 22, 2010 at 10:30 a.m. in Courtroom 10.


IT IS SO ORDERED.

Dated: **February 2, 2010**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE