1  William M. Krieg, SBN 066485
   Eric M. Kapigian, SBN 238733
2  KEMNITZER, BARRON & KRIEG, LLP
   2014 Tulare Street, Suite 700
3  Fresno, CA 93721
   Telephone: (559) 441-7485
4  Facsimile: (559) 441-7488

5  Attorney for Plaintiff, JAMES R. TAPP

6  Dolores E. Gonzales, SBN 171306
   SUMMERS & SHIVES, A.P.C.
7  San Diego, CA 92123-1758
   Telephone:  (858) 874-1800
8  Facsimile:  (858) 874-1888

9  Attorneys for Defendant, FOUR WINDS INTERNATIONAL CORPORATION

10

11                       UNITED STATES DISTRICT COURT

12                       EASTERN DISTRICT OF CALIFORNIA

13

| 14 | JAMES R. TAPP, | ) | Case No.: 1:08-CV-01907-OWW-GSA |
|---|---|---|---|
| 15 | | ) ) | STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF |
| 16 | Plaintiff, | ) ) | |
| 17 | v. | ) ) | |
| 18 | THOR INDUSTRIES, INC., a corporation; FREIGHTLINER, LLC, a limited liability company; and DOES 1 through 10, inclusive, | ) ) ) | |
| 19 | | ) | |
| 20 | Defendants. | ) ) | |

21  The parties hereby stipulate as follows:

22       WHEREAS, pursuant to the Stipulation and Order to Continue Expert Discovery Cut-Off
23  signed by Magistrate Judge Austin on February 2, 2010, the parties' discovery cut-off for expert
24  discovery is April 15, 2010.
25       WHEREAS, the parties are exploring settlement options and wish to defer the expense of
26  taking defendant's expert deposition pending discovery discussions and settlement conference,
27  and have agreed to a mutual continuation of the discovery cut-off date for thirty (30) days;
28

THEREFORE, IT IS HEREBY STIPULATED by the parties hereto that the Court may enter an Order extending the date for the parties to complete discovery as follows:

1. Discovery cut-off for expert discovery, including expert depositions, are extended to May 14, 2010.

IT IS SO STIPULATED.

Dated: April 19, 2010                               KEMNITZER, BARRON & KRIEG, LLP

                                                    /s/ WILLIAMM. KRIEG, ESQ
                                            By:     _____
                                                    WILLIAM M. KRIEG,
                                                    Attorney for Plaintiff and the class

Dated: April 19, 2010                               SUMMERS & SHIVES, A.P.C.

                                                    /s/ DOLORES E. GONZALES, ESQ.
                                            By:     _____
                                                    DOLORES E. GONZALES,
                                                    Attorney for Defendant, FOUR WINDS
                                                    INTERNATIONAL CORP.

**ORDER**

After reviewing the above Stipulation, and good cause appearing, the Court hereby Orders:

1. The discovery cut-off, including expert depositions, shall be completed by May 14, 2010.

**IT IS SO ORDERED.**

Dated: April 20, 2010           /s/ OLIVER W. WANGER
                                UNITED STATES DISTRICT COURT JUDGE