1  William M. Krieg, SBN 066485
   Eric M. Kapigian, SBN 238733
2  Patrick C. McManaman, SBN 254821
   KEMNITZER, BARRON & KRIEG, LLP
3  2014 Tulare Street, Suite 700
   Fresno, CA  93721
4  Telephone (559)441-7485
   Facsimile (559)441-7488
5  Attorneys for Plaintiff JAMES R. TAPP

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES R. TAPP,                    )   Case No.: 1:08-CV-01907-OWW-GSA
                                      )
12            Plaintiff,              )   **ORDER**
                                      )
13       vs.                          )
                                      )
14  THOR INDUSTRIES, INC., a corporation; )
    FREIGHTLINER, LLC, a limited liability )
15  company; and DOES 1 through 10, inclusive, )
                                      )
16            Defendants.             )
                                      )
    _____)

17

18       The Court has been advised by counsel that this action has been settled.

19       IT IS ORDERED that the Court retains complete jurisdiction for 60 days for entry of

20  dismissal or to vacate this order and to reopen the action upon a good faith showing that the

21  settlement with Defendant, has not been completed and further litigation is necessary.

22

23

24

25

26  **IT IS SO ORDERED.**

27  **Dated:   May 10, 2010**              **/s/ Oliver W. Wanger**
                                           **UNITED STATES DISTRICT JUDGE**
28

                                                                              Order