| | |
|---|---|
| 1 | William M. Krieg, SBN 066485 |
| | Patrick C. McManaman, SBN 254821 |
| 2 | KEMNITZER, BARRON & KRIEG, LLP |
| | 2014 Tulare Street, Suite 700 |
| 3 | Fresno, CA 93721 |
| | Telephone: (559) 441-7485 |
| 4 | Facsimile: (559) 441-7488 |
| | Email: Bill@kbklegal.com |
| 5 | |
| | Attorney for Plaintiff, JAMES R. TAPP |
| 6 | |
| | Dolores E. Gonzales, SBN 171306 |
| 7 | SUMMERS & SHIVES, A.P.C. |
| | San Diego, CA 92123-1758 |
| 8 | Telephone:  (858) 874-1800 |
| | Facsimile:   (858) 874-1888 |
| 9 | Email: Doloresgonzales@summers-shives.com |
| 10 | Attorneys for Defendant, FOUR WINDS INTERNATIONAL CORPORATION |
| 11 | Richard C. Moreno, SBN 190869 |
| | MURCHISON & CUMMING, LLP |
| 12 | 801 South Grand Avenue, 9th Floor |
| | Los Angeles, CA 90017-4613 |
| 13 | Telephone: (213) 623-7400 |
| | Facsimile: (213) 623-6336 |
| 14 | Email:  rmoreno@murchisonlaw.com |
| 15 | Attorneys for Defendant FREIGHTLINER CUSTOM CHASSIS CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES R. TAPP, | ) | Case No.:  1:08-CV-01907-OWW-GSA |
| | ) | |
| | ) | STIPULATION OF DISMISSAL OF ENTIRE |
| Plaintiff, | ) | ACTION WITH PREJUDICE AND ORDER |
| | ) | |
| v. | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |
| THOR INDUSTRIES, INC., a corporation; | ) | |
| FREIGHTLINER, LLC, a limited liability | ) | |
| company; and DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), plaintiff JAMES R. TAPP, defendant FOUR WINDS INTERNATIONAL CORPORATION, and defendant,

---

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER

FREIGHTLINER, LLC, by and through their respective counsel, stipulate that this action shall be, and is, dismissed with prejudice.

The parties stipulate that each party shall bear its own attorneys' fees and costs in this action.

Dated: May 19, 2010         KEMNITZER, BARRON & KRIEG, LLP

                                            /s/ WILLIAM M. KRIEG, ESQ.
                            By:  _____

                            WILLIAM M. KRIEG,
                            Attorney for Plaintiff

Dated: May ___, 2010        SUMMERS & SHIVES, A.P.C.

                                            /s/ DOLORES E. GONZALES
                            By:  _____

                            DOLORES E. GONZALES,
                            Attorney for Defendant, FOUR WINDS
                            INTERNATIONAL CORP.

Dated: May 19, 2010         MURCHISON & CUMMING, LLP

                                            /s/ RICHARD C. MORENO, ESQ.
                            By:  _____

                             RICHARD C. MORENO,
                            Attorney for Defendant, FREIGHTLINER
                            CUSTOM CHASSIS CORP.

IT IS SO ORDERED.

**Dated:   May 28, 2010**             _____/s/ Oliver W. Wanger_____
                                      UNITED STATES DISTRICT JUDGE